<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg, U.S.D.J. |
| | : | |
| Petitioner, | : | Civil Case No. 12-3344 (FSH) (PS) |
| | : | |
| v. | : | **<u>ORDER</u>** |
| | : | |
| RICHARD A. MOORE DMD PA, | : | Date: November 7, 2012 |
| | : | |
| Respondent. | : | |
| | : | |

**<u>HOCHBERG, District Judge</u>:**

      This matter coming before this Court upon Magistrate Judge Shwartz's October 15, 2012 Report and Recommendation recommending that this Court "(1) enter an order that compels Richard Moore to comply with the IRS summons served upon him on February 1, 2012 and (2) that the order direct Richard Moore appear on November 6, 2012 at 1:00 p.m. at the IRS Office, 1719 C Route 10 East, Parsippany, New Jersey and bring with him the documents identified in the summons served upon him on February 1, 2012;" and

      it appearing that neither party has filed an objection to the Report and Recommendation and that fourteen days have passed, *see* L. Civ. R. 72.1(c)(2); and

      this Court having reviewed *de novo* the Report and Recommendation, and good cause appearing;

      **IT IS** on this 7th day of November, 2012

      **ORDERED** that Magistrate Judge Shwartz's October 15, 2012 Report and Recommendation is adopted as the Opinion of this Court; and it is

**ORDERED** that Respondent comply with the IRS summons served upon him on February 1, 2012; and it is further

**ORDERED** that Respondent appear on November 6, 2012 at 1:00 pm[1] at the IRS Office, 1719 C Route 10 East, Parsippany, New Jersey and bring with him the documents identified in the summons served upon him on February 1, 2012; and it is further

**ORDERED** that this case is **CLOSED**; and it is further

**ORDERED** that an IRS official shall personally serve Respondent with a copy of this Order and the United States shall file a Certificate of Service.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.

---

[1] Because neither party has filed a request to change the date that Magistrate Judge Shwartz ordered Respondent to appear at the IRS Office in Parsippany, New Jersey, this date remains unchanged.